```
          IN THE UNITED STATES DISTRICT COURT FOR THE
                NORTHERN DISTRICT OF WEST VIRGINIA
```

**RONNIE M. DOWNEY,**

      **Plaintiff,**

  v.                              Civil Action No. 1:18-cv-17
                                            (Judge Kleeh)

**ANDERSON EXCAVATING, LLC,**
**and ROBERT SEESE,**

      **Defendants.**

## ORDER DENYING AS MOOT THE PARTIES' POST-TRIAL MOTIONS [DKT. NOS. 75 AND 76]

Having been advised by counsel that the parties have resolved all issues identified in Plaintiff's *Petition for Attorneys' Fees and Costs* [Dkt. No. 75] and Defendants' *Renewed Motion for Judgment as a Matter of Law* [Dkt. No. 76], the Court **ORDERS** that these motions [Dkt. Nos. 75 and 76] be **DENIED AS MOOT.**

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record.

**DATED:** September 30, 2019

                                            <u>/s/ Thomas S. Kleeh</u>
                                            THOMAS S. KLEEH
                                            UNITED STATES DISTRICT JUDGE